UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>ONE GEICO LANDING<br>Virginia Beach, VA 23454<br><br>      Plaintiff,<br><br> v.<br><br>JENNIFER SHEEHY<br>2941 Newark St., N.W.<br>Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE<br>& MEDICAID SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP.<br>840 First Street, N.E.<br>Washington, D.C. 20065<br><br>      Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL OF A CIVIL ACTION

  The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. In support of this Notice, the Attorney General states as follows:

  1. The United States Department of Health and Human Services, Centers for Medicare and Medicaid Services is named as a defendant in the civil action styled <u>Government Employees Ins. Co. v. United States Dept. of Health and Human Services et al.</u>, now pending in the Superior

Court of the District of Columbia, Civil Action No. 0003582-06.

2. The above-entitled action was filed on May 9, 2006, and a copy of the complaint is attached hereto as Exhibit A. The action has not yet proceeded to trial.

3. This Notice is brought pursuant to 28 U.S.C. § 1442(a)(1). This section provides that any civil action commenced in a State Court against the United States or any agency or officer thereof may be removed to the district court of the United States for the district and division where it is pending. Id.

4. Defendant Jennifer Sheehy was injured in an automobile accident that occurred on May 9, 1999 in the District of Columbia. Id. ¶ 3.

5. Defendant Jennifer Sheehy is an insured resident/relative under the terms of an automobile liability policy issued to her father, Terrance Sheehy with Personal Injury Protection policy limits of $100,000 per person. Id. ¶ 4.

6. Defendant Jennifer Sheehy made a claim for Personal Injury Protection ("PIP) benefits. To date, Government Employees Insurance Company (GEICO) has paid $85,214.50 as reimbursement for medical expenses and $24,000.00 as reimbursement for lost wages to defendant Jennifer Sheehy. Id. ¶ 5.

7. Upon information and belief, defendant Jennifer Sheehy also received reimbursement for medical expenses related to the automobile accident of $54,228.97 from Medicare. Id. ¶ 6.

8. On September 3, 2005, Medicare gave notice of a lien against the proceeds of GEICO's insurance policy with Terrance Sheehy. Id. ¶ 7.

9. Upon information and belief, defendant Jennifer Sheehy is also an insured under the terms of a healthcare policy with CareFirst Blue Cross Blue Shield. On information and belief,

CareFirst Blue Cross Blue Shield is a primary insurance carrier to the PIP benefits owed by GEICO. On information and belief, Medicare submitted claims to CareFirst Blue Cross Blue Shield for payment of medical expenses as a primary insurer. Id. ¶ 8.

10. This is an action for interpleader where the defendants are or may be adverse claimants to the proceeds of GEICO insurance policy with Terrance Sheehy. Id. ¶ 9.

11. Plaintiff's complaint alleges that it is willing and seeks to pay into this Court the balance of its policy limits, $14,785.50. Id. ¶ 10.

12. Plaintiff requests that all defendants be ordered to settle among themselves their rights and claims to the amount payable under GEICO's policy with Terrance Sheehy. Id. ¶ 11.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442 (a)(1) and 1446.

June 29, 2006                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON
Assistant United States Attorney

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

GOVERNMENT EMPLOYEES INSURANCE  *
COMPANY
One GEICO Landing                *
Virginia Beach, VA 23454
                                 *        0003582-06
        Plaintiff
                                 *
v.                                        Case No. _____
                                 RECEIVED
JENNIFER SHEEHY                  Civil Clerk's Office
2941 Newark St., N.W.
Washington, D.C. 20008            MAY 0 9 2006

UNITED STATES DEPARTMENT         Superior Court of the
OF HEALTH AND HUMAN SERVICES     District of Columbia
CENTERS FOR MEDICARE             Washington, DC.
& MEDICAID SERVICES              *

                                 *
SERVE ON:
MICHAEL O. LEAVITT, SECRETARY    *
200 Independence Ave., S.W.
Washington, D.C. 20201           *

GROUP HOSPITALIZATION AND        *
MEDICAL SERVICES CORP.
840 First Street, N.E.           *
Washington, D.C. 20065
                                 *
SERVE ON:
WILLIAM L. JEWS                  *
840 First Street, N.E.
Washington, D.C. 20065           *

COMPLAINT FOR INTERPLEADER

COMES NOW, THE PLAINTIFF, Government Employees Insurance

Company ("GEICO"), by and through its attorneys, James S. Wilson, Esquire, Joan F.

Brault, Esquire and Brault Graham, PLLC, and brings this Complaint for

Interpleader pursuant to Superior Court Rule 22 against the Defendants Jennifer Sheehy and the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services, and as grounds therefore states:

1. Plaintiff is qualified to do business in the District of Columbia.

2. This Court has jurisdiction pursuant to District of Columbia Code Annotated § 31-2411(c)(2).

3. Defendant Jennifer Sheehy was injured in an automobile accident that occurred on May 9, 1999 in the District of Columbia.

4. Defendant Jennifer Sheehy is an insured resident/relative under the terms of an automobile liability policy issued to her father, Terrance Sheehy with Personal Injury Protection policy limits of 100,000 per person. A copy of the GEICO policy issued to Terrance Sheehy is attached hereto as Exhibit 1 and incorporated by reference herein.

5. Defendant Jennifer Sheehy made a claim for Personal Injury Protection ("PIP") benefits. To date, GEICO has paid $85,214.50 as reimbursement for medical expenses and $24,000.00 as reimbursement for lost wages to Defendant Jennifer Sheehy.

6. Upon information and belief, Defendant Jennifer Sheehy also received reimbursement for medical expenses related to the automobile accident of $54,228.97 from Medicare.

7. On September 3, 2005, Medicare gave notice of a lien against the proceeds of GEICO's insurance policy with Terrance Sheehy.

8. Upon information and belief, Defendant Jennifer Sheehy is also an insured under the terms of a healthcare policy with CareFirst Blue Cross Blue Shield. On information and belief, CareFirst Blue Cross Blue Shield is a primary insurance carrier to the PIP benefits owed by GEICO. On information and belief, Medicare submitted claims to CareFirst Blue Cross Blue Shield for payment of medical expenses as a primary insurer.

9. This is an action for interpleader where the Defendants are or may be adverse claimants to the proceeds of GEICO's insurance policy with Terrance Sheehy.

10. Plaintiff is willing and seeks to pay into this Court the balance of its policy limits, $14,785.50.

11. Plaintiff is requesting that all Defendants be ordered to settle among themselves their rights and claims to the amount payable under GEICO's policy with Terrance Sheehy.

12. The granting of interpleader is in the interests of justice.

Therefore, Plaintiff Government Employees Insurance Company seeks a judgment:

    a. that the Defendants be required to Interplead and settle their rights or claims to the monies that may be due under the GEICO policy issued to Terrance Sheehy, said amount to be deposited with the Registry of this Court upon Order of same;

    b. that an Order be issued discharging the Plaintiff from all liability under the GEICO policy issued to Terrance Sheehy;

c.     that an Order be issued enjoining and restraining the Defendants from asserting their rights and from instituting or prosecuting any suits or proceedings against the Plaintiff;

d.     that an award be made to Plaintiff out of the funds deposited into this Court's Registry to pay for all costs, counsel fees and other expenses which the Plaintiff was required to expend in the prosecution of this suit.

> RESPECTFULLY SUBMITTED,
>
> BRAULT, GRAHAM, SCOTT & BRAULT, LLC
>
> BY: _____/s/ Joan Brault_____
> James S. Wilson, Esquire, DC Bar #231191
> Joan F. Brault, Esquire, DC Bar #464348
> 101 South Washington Street
> Rockville, Maryland 20850
> (301) 424-1060
>
> Attorneys for Plaintiff GEICO

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

GOVERNMENT EMPLOYEES INSURANCE   *
COMPANY
One GEICO Landing                *
Virginia Beach, VA 23454
                                 *
   Plaintiff
                                 *        0003582-06
v.                                        Case No. _____

JENNIFER SHEEHY                  *
2941 Newark St., N.W.
Washington, D.C. 20008           *

UNITED STATES DEPARTMENT         *
OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE             *
& MEDICAID SERVICES
                                 *
SERVE ON:
MICHAEL O. LEAVITT, SECRETARY    *
200 Independence Ave., S.W.
Washington, D.C. 20201           *

GROUP HOSPITALIZATION AND        *
MEDICAL SERVICES, INC.
d/b/a CAREFIRST BLUE CROSS       *
BLUE SHIELD
                                 *
SERVE ON:
                                 *

ORDER

UPON CONSIDERATION OF the Complaint for Interpleader filed by

Government Employees Insurance Company after answer by the Defendants, it is this

_____ day of _____, 2006, by the Superior Court for the District of

Columbia,

ORDERED, that the Complaint for Interpleader be GRANTED; and it is further

ORDERED, that Government Employees Insurance Company is designated as Plaintiff; and it is further

ORDERED, that Jennifer Sheehy and the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services, be designated as Defendants; and it is further

ORDERED, that Government Employees Insurance Company pay the sum of $14,785.50 into this Court's Registry, minus the costs of filing suit, including reasonable attorney's fees; and it is further

ORDERED, that any Defendant making a claim against GEICO under the policy issued to Terrance Sheehy be required to interplead in this action against the fund; and it is further

ORDERED, that all Defendants be and hereby are enjoined from instituting or prosecuting any other suit or proceeding against the Plaintiff in this or any other Court on account of said policy.

_____
Judge, Superior Court for the District of Columbia

Copies to:

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850

Michael O. Leavitt,
Secretary of the Department of
Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

Jennifer Sheehy
2941 Newark St., N.W.
Washington, D.C. 20008

Group Hospitalization And
Medical Services Corp.
840 First Street, N.E.
Washington, D.C. 20065