## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>ONE GEICO LANDING<br>Virginia Beach, VA 23454<br><br>                    Plaintiff,<br><br>    v.<br><br>JENNIFER SHEEHY<br>2941 Newark St., N.W.<br>Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP.<br>840 First Street, N.E.<br>Washington, D.C. 20065<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on June 29, 2006, Defendant United States Department of Health and Human Services filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

June 29, 2006                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Notice of Removal of a Civil Action, Notice of Filing Notice of Removal of a Civil Action and Civil Cover Sheet to be served by first class mail upon at:

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850

on this 29th day of June 2006.

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530
(202) 514-7224