## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY ONE GEICO LANDING Virginia Beach, VA 23454<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER SHEEHY 2941 Newark St., N.W. Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS FOR MEDICARE & MEDICAID SERVICES 200 Independence Ave., S.W. Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP. 840 First Street, N.E. Washington, D.C. 20065<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 06-1196 (JR)

## DEFENDANT UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Health and Human Services respectfully moves the Court for an extension of time until August 28, 2006 to answer or otherwise respond to plaintiff's Complaint for Interpleader. A scheduling order has not been entered in this case. This is defendant United States Department of Health and Human Services's first request for an extension of time. Plaintiff does not oppose this request for

enlargement of time.

This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on June 29, 2006. Fed. R. Civ. P. 81(c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of defendant United States Department of Health and Human Services.

Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to grant this motion.

Wherefore, it is respectfully requested that the Department of Health and Human Services have up to and including August 28, 2006 to respond to Plaintiff's complaint for interpleader.

Dated: June 30, 2006                              Respectfully submitted,


KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day, of June, 2006 the foregoing Defendant United

States Department of Health and Human Services's Motion for an Extension of Time was served

by first class, postage prepaid mail upon addressed as follows:

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850

Jennifer Sheehy
2941 Newark St., N.W.
Washington, DC 20008

Group Hospitalization and
Medical Services, Inc.
840 First St, N.E.
Washington, D.C. 20065

_Wyneva Johnson_

WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224