UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>ONE GEICO LANDING<br>Virginia Beach, VA 23454<br><br>     Plaintiff,<br><br>v.<br><br>JENNIFER SHEEHY<br>2941 Newark St., N.W.<br>Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE<br>& MEDICAID SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP.<br>840 First Street, N.E.<br>Washington, D.C. 20065<br><br>     Defendants. | Civil Action No. 06-1196 (JR) |

### ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it this ____ day of _____, 2006,

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that Defendant United States Department of Health and Human Services shall have up to and including August 28, 2006 in which to respond to the Complaint for Interpleader.

_____                    _____
DATE                                              UNITED STATES DISTRICT JUDGE

Copies to:

Wyneva Johnson                                    James S. Wilson
Assistant United States Attorney                  Joan F. Brault
555 4th Street, N.W., Room E-4106                 Brault Graham, PLLC
Washington, D.C. 20530                            101 S. Washington St.
Attorney for Dept. of Health                      Rockville, Maryland 20850
                                                  Attorneys for Plaintiff

Jennifer Sheehy
2941 Newark St., N.W.
Washington, DC 20008

Group Hospitalization and
Medical Services, Inc.
840 First St, N.E.
Washington, D.C. 20065