UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY     ) <br> ) <br> )                    Plaintiff,      ) <br> ) <br>             v.                                          ) <br> ) <br> JENNIFER SHEEHY                           ) <br> ) <br> UNITED STATES DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES                      ) <br> CENTERS FOR MEDICARE &            ) <br> MEDICAID SERVICES                         ) <br> ) <br> GROUP HOSPITALIZATION AND        ) <br> MEDICAL SERVICES CORP.               ) <br> ) <br>                    Defendants.  ) <br> ) <br> _____ ) | **APPEARANCE** <br><br> Civil Action No. 06-1196(JR) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Terrence C. Sheehy as counsel in this case for Jennifer C. Sheehy.

July 14, 2006                                                    _____
                                                                         Terrence C. Sheehy
                                                                         Howrey LLP
DC Bar # 32482                                               1299 Pennsylvania Avenue  NW
                                                                         Washington, DC  20004-2402
                                                                         Phone:  202-383-6549