UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-1196 (JR) |
| JENNIFER SHEEHY ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH ) AND HUMAN SERVICES ) CENTERS FOR MEDICARE & ) MEDICAID SERVICES ) ) | |
| GROUP HOSPITALIZATION AND ) MEDICAL SERVICES CORP. ) ) | |
| Defendants. ) ) _____) | |

DEFENDANT JENNIFER SHEEHY'S MOTION
FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Jennifer Sheehy respectfully moves the Court for an extension of time until August 28, 2006 to answer or otherwise respond to plaintiff's Complaint for Interpleader.  A scheduling order has not been entered in this case. Plaintiff does not oppose this request for enlargement of time.

This case was removed by defendant United States Department of Health and Human Services from the Superior Court of the District of Columbia to this Court on June 29, 2006. Prior to removal, defendant Jennifer Sheehy had requested and received an unopposed extension of time to answer or otherwise respond to the Complaint until August 7, 2006.  Since the removal, defendant U. S. Department of Health and Human Services has requested an extension

of time to answer or otherwise respond to the Complaint for Interpleader to August 28, 2006. Defendant Jennifer Sheehy now requests the additional time, to August 28, 2006, so that counsel can further investigate the basis of the action and to coordinate the timing of the parties' responses.

Wherefore, it is respectfully requested that defendant Jennifer Sheehy have up to and including August 28, 2006 to respond to plaintiff's Complaint for Interpleader.

Dated: July 14, 2006                                    Respectfully submitted,

_____
TERRENCE C. SHEEHY, D.C. Bar # 32482
Howrey LLP
1299 Pennsylvania Ave. NW
Washington, DC  20004-2402
202-383-6549