## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY ) ) ) )  Plaintiff, ) ) v. ) ) JENNIFER SHEEHY ) ) UNITED STATES DEPARTMENT OF HEALTH ) AND HUMAN SERVICES ) CENTERS FOR MEDICARE & ) MEDICAID SERVICES ) ) GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP. ) ) Defendants. ) ) | Civil Action No. 06-1196 (JR) |

**ORDER**

UPON CONSIDERATION of defendant Jennifer Sheehy's unopposed motion for an enlargement of time to answer or otherwise respond, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that defendant's motion should be, and hereby is, granted, and that defendant Jennifer Sheehy shall have up to and including August 28, 2006 in which to respond to the Complain for Interpleader.

_____                    _____
DATE                                                                          UNITED STATES DISTRICT JUDGE

Copies to:

James S. Wilson
Joan F. Brault
Brault Graham, LLC
101 S. Washington St.
Rockville, MD 20850
Attorneys for Plaintiff

Wyneva Johnson
Assistant United States Attorney
555 4th Street, NW, Room E-4106
Washington, DC 20530
Attorney for US Department of Health & Human Services

Shannon J. Posner
The Law Offices of Eugene A. Seidel, P.A.
10945 Boulevard Circle, Suite 228
Owings Mill, MD 21117
Attorney for Group Hospitalization and Medical Services, Inc.