**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of July, 2006 the foregoing Defendant Jennifer Sheehy's Motion for an Extension of Time was served by first class, postage prepaid mail addressed as follows:

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, LLC
101 S. Washington Street
Rockville, MD  20850

Wyneva Johnson, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530

Shannon J. Posner, Esquire
The Law Offices of Eugene A. Seidel, P.A.
10945 Boulevard Circle, Suite 228
Owings Mill, MD  21117

                                              _____
                                              TERRENCE C. SHEEHY, D.C. Bar # 32482
                                              Howrey LLP
                                              1299 Pennsylvania Ave. NW
                                              Washington, DC  20004-2402
                                              202-383-6549