IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | * |
| | * |
| Plaintif, | |
| | * |
| v. | CIVIL ACTION NO. 06-1196 |
| | * |
| JENNIFER SHEEHY, et al. | |
| | * |
| Defendants. | |

**PLAINTIFF'S MOTION FOR REMAND**

COMES NOW THE PLAINTIFF, Government Employees Insurance Company ("GEICO") by and through undersigned counsel, and moves pursuant to 28 U.S.C. §1447(c) to remand this case on the grounds that removal in this instance is defective. Plaintiff incorporates by reference its Memorandum In Support of Motion for Remand filed herewith.

WHEREFORE, the premises considered, Plaintiff, Government Employees Insurance Company, prays that this Court remand these proceedings to the Superior Court for the District of Columbia.

RESPECTFULLY SUBMITTED,

BRAULT GRAHAM, PLLC

BY: _____
James S. Wilson, Esquire, DC Bar #231191
101 South Washington Street
Rockville, Maryland 20850
(301) 424-1060

Attorneys for Plaintiff GEICO

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 26, 2006, I served by first class mail, postage prepaid, a copy of the foregoing Motion for Remand along with the supporting memorandum and proposed order on:

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

Noreen C. O'Grady
Assistant Regional Counsel
Department of Health and Human Services
Suite 429, The Public Ledger Building
150 S. Independence Mall W.
Philadelphia, PA 19106-3499

Jennifer Sheehy
c/o Terrance Sheehy
2941 Newark St., N.W.
Washington, D.C. 20008

Shannon J. Posner
The Law Offices of Eugene Seidel, P.A.
10945 Boulevard Circle, Suite 228
Owings Mills, Maryland 21117

                                                    _____
                                                  James S. Wilson