IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | * |
| | * |
|     Plaintif, | * |
| v. | CASE NO. 06-1196(JR) |
| | * |
| JENNIFER SHEEHY, et al. | * |
|     Defendants. | |

### ORDER

UPON CONSIDERATION OF the Plaintiff's Motion for Remand, and any opposition thereto, it is this _____ day of August, 2006, by the United States District Court for the District of Columbia,

ORDERED, that Plaintiff's Motion be and hereby is GRANTED; and it is further

ORDERED, that these proceedings by and hereby are REMANDED to the Superior Court for the District of Columbia.

_____
James Robertson, Judge
United States District Court for the
District of Columbia