IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

GOVERNMENT EMPLOYEES INSURANCE   *
COMPANY
                                 *
    Plaintiff,
                                 *
v.                                        CASE NO. 06-1196(JR)
                                 *
JENNIFER SHEEHY, et al.
                                 *
    Defendants.

## GOVERNMENT EMPLOYEES INSURANCE COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Government Employees Insurance Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Government Employees Insurance Company which have any outstanding securities in the hands of the public:

        Berkshire Hathaway

These representations are made in order that judges of this Court may determine the need for recusal.

2

RESPECTFULLY SUBMITTED,

BRAULT GRAHAM, PLLC

BY: _____
James S. Wilson, Esquire, DC Bar #231191
101 South Washington Street
Rockville, Maryland 20850
(301) 424-1060

Attorneys for Plaintiff GEICO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2006, I served by first class mail, postage prepaid, a copy of the foregoing on:

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

Noreen C. O'Grady
Assistant Regional Counsel
Department of Health and Human Services
Suite 429, The Public Ledger Building
150 S. Independence Mall W.
Philadelphia, PA 19106-3499

Jennifer Sheehy
c/o Terrance Sheehy
2941 Newark St., N.W.
Washington, D.C. 20008

Shannon J. Posner
The Law Offices of Eugene Seidel, P.A.
10945 Boulevard Circle, Suite 228
Owings Mills, Maryland 21117

_____
James S. Wilson