# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>ONE GEICO LANDING<br>Virginia Beach, VA 23454<br><br>                Plaintiff,<br><br>    v.<br><br>JENNIFER SHEEHY<br>2941 Newark St., N.W.<br>Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE<br>& MEDICAID SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP.<br>840 First Street, N.E.<br>Washington, D.C. 20065<br><br>                Defendants. | Civil Action No. 06-1196 (JR) |

## DEFENDANT UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES'S MOTION FOR FURTHER EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Health and Human Services (HHS) respectfully moves the Court for a brief extension of time until August 17, 2006, to respond to the Motion for Remand. Counsel could not reach plaintiff's counsel to ascertain her views on this motion.

Defendant HHS' response is substantially completed. The additional time, however, is requested because counsel has been unable to complete the discussions with the agency for the filling of defendant HHS' response.

Wherefore, it is respectfully requested that the Department of Health and Human Services have up to and including August 17th, 2006, to respond to Plaintiff's Motion for Remand.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. Bar #451058
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney

        /s/
        WYNEVA JOHNSON, D.C. Bar #278515
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day, of August, 2006 the foregoing Defendant United States Department of Health and Human Services's Motion for an Extension of Time was served by first class, postage prepaid mail upon addressed as follows:

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850

Jennifer Sheehy
2941 Newark St., N.W.
Washington, DC 20008

Group Hospitalization and
Medical Services, Inc.
840 First St, N.E.
Washington, D.C. 20065

 

WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224