## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>ONE GEICO LANDING<br>Virginia Beach, VA 23454<br><br>      Plaintiff,<br><br>v.<br><br>JENNIFER SHEEHY<br>2941 Newark St., N.W.<br>Washington, D.C. 20008<br><br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>CENTERS FOR MEDICARE<br>& MEDICAID SERVICES<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>GROUP HOSPITALIZATION AND<br>MEDICAL SERVICES CORP.<br>840 First Street, N.E.<br>Washington, D.C. 20065<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1196 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant United States Department of Health and Human Services' (HHS) Motion for Further Enlargement of Time, any Opposition thereto and for good cause shown, it this _____ day of _____, 2006,

ORDERED that Defendant HHS ' Motion should be, and it hereby is, granted, and that Defendant HHS shall have up to and including August 17, 2006, in which to respond to the

Motion to Remand.

| | |
|---|---|
| _____ | _____ |
| DATE | UNITED STATES DISTRICT JUDGE |

Copies to:

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530
Attorney for Dept. of Health

Jennifer Sheehy
2941 Newark St., N.W.
Washington, DC 20008

Group Hospitalization and
Medical Services, Inc.
840 First St, N.E.
Washington, D.C. 20065

James S. Wilson
Joan F. Brault
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850
Attorneys for Plaintiff