UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>JENNIFER SHEEHY, et al. )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1196 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion for Remand, Defendant Department of Health and Human Services, Centers for Medicaid and Medicare Services' Opposition thereto, and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's motion be denied.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA. JOHNSON
Assistant United States Attorney
Judiciary Center Bldg., Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

James S. Wilson, Esquire
Joan F. Brault, Esquire
Brault Graham, PLLC
101 S. Washington St.
Rockville, Maryland 20850

Terrence C. Sheehy
Howrey LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402

Group Hospitalization and
Medical Services, Inc.
840 First St, N.E.
Washington, D.C. 20065