UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>JENNIFER SHEEHY )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS FOR MEDICARE & MEDICAID SERVICES )<br><br>GROUP HOSPITALIZATION AND MEDICAL SERVICES CORP. )<br><br>Defendants. ) | Civil Action No. 06-1196 (JR) |

DEFENDANT JENNIFER SHEEHY'S MOTION
FOR FURTHER EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Jennifer Sheehy respectfully moves the Court for an additional extension of time, to September 11, 2006, to answer or otherwise respond to plaintiff's Complaint for Interpleader. A scheduling order has not been entered in this case. Plaintiff does not oppose this request for enlargement of time.

This case was removed by defendant United States Department of Health and Human Services from the Superior Court of the District of Columbia to this Court on June 29, 2006. Prior to removal, defendant Jennifer Sheehy had requested and received an unopposed extension of time to answer or otherwise respond to the Complaint until August 7, 2006. Since the removal, defendant U. S. Department of Health and Human Services requested an extension of

time to answer or otherwise respond to the Complaint for Interpleader to August 28, 2006, and Defendant Jennifer Sheehy requested the same extension, to August 28, 2006, so that counsel could further investigate the basis of the action and coordinate the timing of the parties' responses.   Counsel for the parties have since engaged in discussions toward settlement of the action.  Defendant Jennifer Sheehy requests this additional unopposed extension of time in order to further these discussions.

     Wherefore, it is respectfully requested that defendant Jennifer Sheehy have up to and including September 11,2006 to respond to plaintiff's Complaint for Interpleader.

Dated: August 27, 2006                                              Respectfully submitted,

                                                              _____
                                                               TERRENCE C. SHEEHY, D.C. Bar # 32482
                                                               Howrey LLP
                                                               1299 Pennsylvania Ave.  NW
                                                               Washington, DC   20004-2402
                                                               202-383-6549