IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 06-1196 |
| JENNIFER SHEEHY, et al. | * |
| Defendants. | * |

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY
TO OPPOSITION TO MOTION FOR REMAND**

COMES NOW the Plaintiff, Government Employees Insurance Company, by and through undersigned counsel and moves pursuant to Fed. R. Civ. P. 6(b)(1) for an extension of time within which to file its Reply to the Opposition to its Motion for Remand filed by the Defendant, United States Department of Health and Human Services, and for reasons states:

1. All Defendants have requested extensions of time within which to file their answers to the Complaint in this case until September 11, 2006. Plaintiff has consented to these requests in an effort to further ongoing settlement discussions.

2, Plaintiff's Reply to the Department of Health and Human Services' Opposition to Plaintiff's Motion for Remand is due on or before August 29, 2006. Plaintiff seeks an extension of time that corresponds to the extension requested by the Defendants.

3. All Defendants have consented to the extension of time requested herein.

WHEREFORE, the premises considered, Plaintiff Government Employees Insurance Company prays that the time within which it has to file a Reply to the United States Department of Health and Human Services' Opposition to Plaintiff's Motion for Remand be extended until September 11, 2006.

RESPECTFULLY SUBMITTED,

BRAULT GRAHAM, PLLC

BY: _____
James S. Wilson, Esquire, DC Bar #231191
101 South Washington Street
Rockville, Maryland 20850
(301) 424-1060

Attorneys for Plaintiff GEICO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2006, I served by first class mail, postage prepaid, a copy of the foregoing on:

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

Noreen C. O'Grady
Assistant Regional Counsel
Department of Health and Human Services
Suite 429, The Public Ledger Building
150 S. Independence Mall W.
Philadelphia, PA 19106-3499

Jennifer Sheehy
c/o Terrance Sheehy
2941 Newark St., N.W.
Washington, D.C. 20008

Shannon J. Posner
The Law Offices of Eugene Seidel, P.A.
10945 Boulevard Circle, Suite 228
Owings Mills, Maryland 21117

James S. Wilson